UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ANNALEAH LYNN ECKHARDT,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-CV-00137-SI<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

   Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $7,244.62 be awarded to Plaintiff.  If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

   There are no other costs or expenses to be paid herein.

Dated this  24  of     May    , 2022.

_____
United States Judge

Submitted by:
John E. Haapala. Jr.
(541)345-8474
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
jeh@haapalaw.com
Attorney for Plaintiff

ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT