UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ANNALEAH LYNN ECKHARDT,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:21-CV-00137-SI<br><br><br>ORDER |

The Court GRANTS Plaintiff's Counsel's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b), ECF 25. Plaintiff's counsel is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $25,796.25. Counsel may retain the $7,244.62 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $18,551.63 due to counsel. Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to John E. Haapala, Jr., using the information on file with the Agency, consistent with this Order.

DATED this  July 18, 2025        .

_____
UNITED STATES JUDGE